UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CSDC SYSTEMS, INC.,

    Plaintiff,

v.                                                CASE NO: 8:11-cv-375-T-26MAP

SARASOTA COUNTY, FLORIDA,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the well-pleaded allegations of Plaintiff's complaint, together with the parties' submissions, the Court concludes that Defendant's Motion to Dismiss (Dkt. 10) is due to be denied for the following reasons.

First, Plaintiff's copyright claim embodied in count one of the complaint is not barred by the doctrine of collateral estoppel because, as persuasively pointed out by Plaintiff, the state trial court did not determine, much less address, the issue of whether Defendant was infringing Plaintiff's copyright in the AMANDA software. Indeed, that court lacked jurisdiction to even address that issue. See 28 U.S.C. § 1338(a). Second, count two is most assuredly not barred by the Rooker-Feldman doctrine for the same reason. As succinctly summarized by Plaintiff, its "copyright infringement claim was not litigated, adjudicated, or addressed as part of the Prior Action . . . [and] therefore [Plaintiff] is not a 'state-court loser' regarding [that] claim, . . ." Finally, a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure is not

the appropriate procedural mechanism to make the ultimate determination of whether Plaintiff is "wholly without fault" with regard to the common law indemnification claim alleged in count two.

Accordingly, Defendant's Motion to Dismiss Complaint (Dkt. 10) is denied. Defendant shall file its answer and defenses to Plaintiff's complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on April 22, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record